■ NATHAN HALE BEACH CLUB, INC., Appellant-Respondent, v PAUL ABRAMS et al., Respondents-Appellants, et al., Respondents. [655 NYS2d 390] —Appeal by the plaintiff and cross appeal from stated portions of an order of the Supreme Court, Suffolk County (Cannavo, J.), dated August 28, 1995.

Ordered that the order is affirmed insofar as appealed and cross-appealed from, without costs or disbursements, for reasons stated by Justice Cannavo at the Supreme Court.

Copertino, J. P., Sullivan, Friedmann and Goldstein, JJ., concur.